B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A Transport Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-1545888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6N509 Virginia Road**<br>**Roselle, IL**<br>ZIP Code **60172** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **A Transport Company, Inc.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A Transport Company, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X **/s/ David E. Cohen**
Signature of Attorney for Debtor(s)

**David E. Cohen 6192149**
Printed Name of Attorney for Debtor(s)

**David E. Cohen, P.C.**
Firm Name

**55 West Monroe Street**
**Suite 600**
**Chicago, IL 60603**

Address

**Email: DavidECohen@lawcohen.com**
**(312) 606-3451  Fax: (312) 606-0117**
Telephone Number

**December 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Doreen Wos**
Signature of Authorized Individual

**Doreen Wos**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 28, 2010**
Date

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A Transport Company, Inc.**_____,     Case No. _____

                                    Debtor

                                                 Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 4 | 94,700.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 316,239.90 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 100.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 70 | | 306,830.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 82 | | | |
| Total Assets | | | 244,700.00 | | |
| Total Liabilities | | | | 623,170.36 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **A Transport Company, Inc.**                                          ,     Case No. _____

Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **A Transport Company, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **15761 US 12, Union, Michigan 49130** | **Fee simple** | - | **150,000.00** | **140,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **150,000.00** | (Total of this page) |
| Total > | **150,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **A Transport Company, Inc.**                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Itasca Bank & Trust checking acocunt** | - | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         **200.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A Transport Company, Inc.**                              ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Freightliner | - | 4,000.00 |
| | | 2007 Hart | - | 30,000.00 |
| | | 2000 Freightliner | - | 2,500.00 |
| | | 2000 Take 3 | - | 1,000.00 |
| | | 2004 Imperial | - | 1,000.00 |
| | | 2003 International | - | 3,000.00 |
| | | 2001 Freightliner | - | 8,000.00 |
| | | 2002 Wally Mo | - | 7,000.00 |
| | | 2007 Wally Mo | - | 25,000.00 |
| | | 2004 Wade | - | 5,000.00 |
| | | 2003 Freightliner | - | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >          94,500.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **A Transport Company, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 94,700.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **A Transport Company, Inc.**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxxxx7-001**<br><br>**GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** | X | - | | | Lien on Title<br><br>**2007 Hart** | | X | | | |
| | | | | | Value $            **30,000.00** | | | | 37,024.27 | 7,024.27 |
| Account No. **xxxxxx9-001**<br><br>**GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** | X | - | | | Lien on Title<br><br>**2003 International, 2001 Freightliner and 2002 Wally Mo** | | X | | | |
| | | | | | Value $            **18,000.00** | | | | 21,767.65 | 3,767.65 |
| Account No. **xxxxxx8-001**<br><br>**GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** | X | - | | | Lien on Title<br><br>**2000 Freightliner, 2000 Take-3 and 2004 Imperial** | | X | | | |
| | | | | | Value $            **4,500.00** | | | | 14,179.50 | 9,679.50 |
| Account No. **xxxxxx7-001**<br><br>**GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** | X | - | | | Lien on Title<br><br>**2000 Freightliner** | | X | | | |
| | | | | | Value $            **4,000.00** | | | | 4,290.94 | 290.94 |
| _1_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 77,262.36 | 20,762.36 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **A Transport Company, Inc.**
_____,    Case No. _____
                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| **Account No.**<br><br>**GW Jones**<br>**115 Main Street**<br>**Marcellus, MI 49067** | X | - | | | **First Mortgage**<br><br>**15761 US 12, Union, Michigan 49130**<br><br>Value $           **150,000.00** | | | | **140,000.00** | **0.00** |
| **Account No. xxxxx3451**<br><br>**Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | X | - | | | **Lien on Title**<br><br>**2007 Wally Mo**<br><br>Value $             **25,000.00** | | | | **21,560.55** | **0.00** |
| **Account No. xxxxx4160**<br><br>**Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | X | - | | | **Lien on Title**<br><br>**2004 Wade and 2003 Freightliner**<br><br>Value $             **13,000.00** | X | | | **12,416.99** | **0.00** |
| **Account No. xxxxx4161**<br><br>**Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | X | - | | | **lien on all assets**<br><br>Value $               **Unknown** | X | | | **65,000.00** | **Unknown** |
| **Account No.**<br><br><br><br> | | | | | <br><br>Value $ | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **238,977.54**     **0.00** |
| | Total<br>(Report on Summary of Schedules) | **316,239.90**     **20,762.36** |

B6E (Official Form 6E) (4/10)

In re    **A Transport Company, Inc.** ,                                    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **A Transport Company, Inc.** _____,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | | |
| **Kentucky Div. of Motor Carriers Tax Branch P.O. Box 2007 Frankfort, KY 40603** | - | | | | | | | | **Unknown** |
| | | | | | | | **Unknown** | | 0.00 |
| Account No. | | | **Traffic fine** | | | | | | |
| **Village of Alsip Photo Enforcement 4500 W. 123rd St. Alsip, IL 60803** | - | | | | | | | **0.00** | |
| | | | | | | | **100.00** | | **100.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **0.00** | |
| | **100.00** | **100.00** |
| Total (Report on Summary of Schedules) | **0.00** | |
| | **100.00** | **100.00** |

B6F (Official Form 6F) (12/07)

In re    **A Transport Company, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.  **A Car Lot 25W261 Lake St. Roselle, IL 60172** | - | | | | Rent | | | | 7,500.00 |
| Account No.  **Abdu-Raheem, Sharif 394 Madison Avenue Calumet City, IL 60409** | - | | | | Possible claim for overtime wages from A Transport Company, Inc. | X | X | X | Unknown |
| Account No.  **Advanta P.O. Box 5657 Hicksville, NY 11802** | - | | | | Credit card | | | | 1,750.00 |
| Account No.  **Alexander, Melvin 3757 S. Wabash Ave, Chicago, IL 60653** | - | | | | Possible claim for overtime wages from A Transport Company, Inc. | X | X | X | Unknown |

|  | Subtotal (Total of this page) | 9,250.00 |
|---|---|---|

__69__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Allen, Jeffrey**<br>**165 N. Central**<br>**Apt. 3**<br>**Chicago, IL 60644** | - | | Possible claim for overtime wages from A Transport Company, Inc. | X | X | X | **Unknown** |
| Account No.<br><br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096-8000** | - | | Credit Card | | | | **16,600.00** |
| Account No.<br><br>**Anderson, Clarence G.**<br>**5640 Saint James Ct.**<br>**Apt. 200**<br>**Oak Lawn, IL 60453** | - | | Possible claim for overtime wages | X | X | X | **Unknown** |
| Account No.<br><br>**Anderson, Rachide**<br>**1951 N. Humboldt**<br>**Chicago, IL 60647** | - | | Possible claim for overtime wages | X | X | X | **Unknown** |
| Account No.<br><br>**Andrews, Craig**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | Claim for overtime wages | X | X | X | **Unknown** |

Sheet no. __1__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **16,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Applewhite, Lonnie 9336 S. Laflin Chicago, IL 60628 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  Ashford, Willie c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | Claim for overtime wages | X | X | X | Unknown |
| Account No.  AT&T P.O. Box 8105 Aurora, IL 60507 | - | | | Telephone | | | | 372.46 |
| Account No.  Baines, Christine 8432 S. King Dr. Chicago, IL 60619 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  Bank of America P.O. Box 15710 Wilmington, DE 19886 | - | | | Credit card | | | | 14,500.00 |

Sheet no. __2__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **14,872.46**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Credit card | | | | |
| Bank of America P.O. Box 15710 Wilmington, DE 19886 | - | | | | | | | 5,500.00 |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Bealom, Sharon D. 724 E. 89th Apt. 1B Chicago, IL 60619 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Bell, Marcus 8641 S. Bennett Chicago, IL 60617 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Benson, Revear 236 W. 57th St. Apt. 2 Chicago, IL 60621 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Bess, Andre O. 105 S. Ashland Ave. Chicago, IL 60607 | - | | | | X | X | X | Unknown |

Sheet no. __3__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,500.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Billups, Brian c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Black, Richard c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Blake, Hershel c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Blissit, Lavell c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Blount, Andre D. 9938 S. Wentworth Chicago, IL 60628 | - | | | | X | X | X | Unknown |

Sheet no. __4__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Bobo, Maurice 2049 W. Jarvis Chicago, IL 60645 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  Bochenko, Mary 1335 Medinah Dr. Itasca, IL 60143 | - | | | Loan for payroll | | | | 80,000.00 |
| Account No.  Borges, William 4825 W. Strong Chicago, IL 60630 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  Bradshaw, George 2154 W. Randolph Chicago, IL 60612 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  Bravo, Jose 2326 N. McVicker Ave Chicago, IL 60639 | - | | | Possible claim for overtime wages | X | X | X | Unknown |

Sheet no. __5___ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **80,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Brooks, Oliver 11527 S. Perry Chicago, IL 60628 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Brown, Harold 5759 S. Bishop Chicago, IL 60636 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Brown, Larry c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Brown, Tony 4206 W. Jackson Chicago, IL 60624 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Brown, Willie 6030 S. Hermitage St. Chicago, IL 60636 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __6___ of __69___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Brunson, Jason 7375 N. Winchester Chicago, IL 60626 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Buchanan, Curtis 613 N. Wells Chicago, IL 60610 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Buckhanan, Maurice c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Buckner, Donnie 5621 S. Ashland Chicago, IL 60636 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Bunch, Leonard 9230 S. Luella Chicago, IL 60617 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __7__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| **Burns, Ulyesee**<br>**1435 W. Marquette Rd.**<br>**Chicago, IL 60636** | - | | | X | X | X | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| **Bush, William**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| **Butler, Lawrence**<br>**2514 Grove Street**<br>**Blue Island, IL 60406** | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| **Calvin, Mark**<br>**8820 Cherry Ave.**<br>**River Grove, IL 60171** | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| **Cannon, Romel**<br>**714 E. 82nd St.**<br>**Apt. 3A**<br>**Chicago, IL 60619** | - | | | X | X | X | Unknown |

Sheet no. __8___ of __69___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 0.00
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Capital One** **P.O. Box 54529** **Oklahoma City, OK 73154** | X | - | | | | | | |
| | | | | | | | | **8,200.00** |
| Account No. | | | | Possible claim for overtime wages | | | | |
| **Carillo, Mark** **3633 N. Nicholas Ave.** **Franklin Park, IL 60131** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible claim for overtime wages | | | | |
| **Carter, Larry Jr.** **7032 S. Paxton** **Apt. 1B** **Chicago, IL 60649** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible claim for overtime wages | | | | |
| **Carter, Michelle** **136 S. 10th Ave.** **Maywood, IL 60153** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Possible claim for overtime wages | | | | |
| **Cash, Jerry** **445 E. Ohio** **Apt. 1008** **Chicago, IL 60611** | | - | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __9__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,200.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Cathey, Roosevelt c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Champion, Lovell 9324 S. Cornell Chicago, IL 60617 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Credit Card | | | | |
| Chase P.O. Box 15153 Wilmington, DE 19850 | - | | | | | | | |
| | | | | | | | | 26,500.00 |
| Account No. | | | | Claim for overtime wages | | | | |
| Childress, Marlon c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Clark, Lardell 301 W. 67th Street 213 Chicago, IL 60621 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __10__ of __69__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

26,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**                                        ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Clark, Sean 1856 S. Loomis Chicago, IL 60608 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Clegg, Anthony c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Cobb, Dejuan 50 E. 26th St. Apt. 413 Chicago, IL 60616 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Cole, Terrill c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Cole, Toney 4441 W. Iowa Chicago, IL 60651 | - | | | | X | X | X | Unknown |

Sheet no. __11__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Coleman, Robert 1428 Diamond Key Stone Mountain, GA 30088 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Coleman, William c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Coleman, Wilson 46 E. 110th Place Chicago, IL 60628 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Conley, Leonard 7042 S. Praire Ave. Chicago, IL 60637 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Connor, Linda c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |

Sheet no. __12__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Cotton, James c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Crawford, Ira c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Cruz, Roberto 2645 N. Laramie #3A Chicago, IL 60639 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Cunningham, Mark 3438 W. Franklin Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Currie, Bill c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |

Sheet no. __13__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim for overtime wages | | | | |
| Dale, Ollonzo c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Davidson, Chervez 7235 S. Phillips Chicago, IL 60649 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Davis, BRIAN 7703 S. Loomis Chicago, IL 60620 | | - | | X | X | X | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Davis, Darrell c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Davis, Dorothy 6505 S. Keating Chicago, IL 60629 | | - | | X | X | X | Unknown |

Sheet no. __14__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    Case No. _____

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Possible claim for overtime wages | X | X | X | |
| Davis, Scott 4720 W. Huron Chicago, IL 60644 | | | | | | | | Unknown |
| Account No. | | - | | Possible claim for overtime wages | X | X | X | |
| Dean, Virgil 8223 S. Manistee Chicago, IL 60617 | | | | | | | | Unknown |
| Account No. | | - | | Possible claim for overtime wages | X | X | X | |
| Dellard, Darnell 2223 S. Hamlin Chicago, IL 60623 | | | | | | | | Unknown |
| Account No. | | - | | Claim for oertime wages | X | X | X | |
| Deloporte, Jerry c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | | | | | | | Unknown |
| Account No. | | - | | Possible claim for overtime wages | X | X | X | |
| Dennis, Derrick T. 7738 S. Indiana Chicago, IL 60619 | | | | | | | | Unknown |

Sheet no. __15__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                              , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Dennis, Fredrick c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages, 09 WC 37468 | | | | |
| Dennis, Stephan P. 195 N. Wood Dale Rd. Wood Dale, IL 60191 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Dockery, Anthony E. 10742 S. Rhodes Chicago, IL 60628 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Donner, Darnell c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Donner-Griffin, Yvonne 8055 S. Damen Chicago, IL 60620 | | - | | | X | X | X | Unknown |

Sheet no. __16__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Donnor, Solomon c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Dorsey, Michael c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtme wages | | | | |
| Dotson, Michael c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Dunagan, Brenda c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Edinburg, Rodney 920 S. 81st #2 Chicago, IL 60619 | - | | | | X | X | X | Unknown |

Sheet no. __17__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Eillott, Michael 3828 W. Taylor Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Ellis, LaBree c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Ellison, Alexander Lee 6050 W. Montrose Chicago, IL 60634 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Ellison, Doran 1624 E. 93rd St. Chicago, IL 60617 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Elmore, James 104 S. Austin Apt. 2C Oak Park, IL 60304 | - | | | | X | X | X | Unknown |

Sheet no. __18__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Enterprise Holdings**<br>**600 Corporate Park Drive**<br>**Saint Louis, MO 63105** | - | | | **Enterprise Rent A Car** | | | | **Unknown** |
| Account No.<br><br>**Erby, Priscilla**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | | **Claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Exxon Mobile Fleet Services**<br>**P.O. Box 5727**<br>**Carol Stream, IL 60197** | - | | | **Gas** | | | | **5,600.00** |
| Account No.<br><br>**Ferguson, Andre**<br>**4736 W. Gladys Ave.**<br>**Chicago, IL 60644** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Ferguson, Tracy**<br>**3333 W. Maypole**<br>**#805**<br>**Chicago, IL 60624** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |

Sheet no. __19__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,600.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                         ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Fields, Maurice T. 7474 Tennesse Dr. Apt. 203 Willowbrook, IL 60527 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Fisher, Larry 4281 W. 76th St. Chicago, IL 60652 | | - | | X | X | X | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Flemister, Alfred c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Fletcher, Dion 6423 S. Greenwood Chicago, IL 60637 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Ford Jr., Sigmond 5604 S. Justine Chicago, IL 60636 | | - | | X | X | X | Unknown |

Sheet no. __20__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Frazier, LaTaunya c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Frazier, Lee c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages from A Transport Company, Inc. | | | | |
| Fultz, Paris D. 859 N. Hamlin Chicago, IL 60651 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Gant, Natasha c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Garcia, David 5916 W. Fullerton Chicago, IL 60639 | - | | | | X | X | X | Unknown |

Sheet no. __21__ of __69__ sheets attached to Schedule of     Subtotal     0.00
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**
_____ ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Garlington, Edward c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Gasca, Arthur c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Gentry, John c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| George, Derrick 609 N. Monticello Chicago, IL 60624 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| George, Kenneth 9200 S. Loomis Chicago, IL 60620 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __22__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __A Transport Company, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Gibson, Stephanie c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Giles, Trevor c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Gilmer, Anthony 105 S. Ashland Ave. Chicago, IL 60607 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Golden, William c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Goldman, Robert 821 N. Trumbull Chicago, IL 60651 | - | | | | X | X | X | Unknown |

Sheet no. __23__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                                    ,      Case No. _____

                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Gonzalez, Hector 2510 N. Austin Chicago, IL 60639 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Goodioe, Rolanda 1938 N. 13th Broadview, IL 60155 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Graham, Darreo S. 325 E. 90th St. Chicago, IL 60619 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Gray, Arthur 3647 S. King Dr. Chicago, IL 60653 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Grayer, Santana 6236 S. Maplewood 2nd Fl. Chicago, IL 60629 | - | | | X | X | X | Unknown |

Sheet no. __24__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim for overtime wages | | | | |
| Green, Sherman c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Grier, Dante A. 9032 S. Racine Chicago, IL 60620 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Gwin, Alcarchetta 9525 W. Eugenie Chicago, IL 60614 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Gwin, Alcarhetta c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Gwin, Kham 7830 S. Ellis Apt. 2S Chicago, IL 60619 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __25__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    Case No. _____
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Gwin, Levi 6505 S. Keating Chicago, IL 60629 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hamilton, Kevin 1856 S. Lawndale Chicago, IL 60623 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hannah, James M. 6536 S. King Dr. 3d Chicago, IL 60637 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Harris, Fred 9026 S. Bishop Chicago, IL 60620 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Harris, John 12117 S. Parnell Chicago, IL 60628 | - | | | | X | X | X | Unknown |

Sheet no. __26__ of __69__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**  _____,     Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Harris, Maurice 7322 N. Ridge Apt. 2W Chicago, IL 60645 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Haskins, Veto 1333 N. Cleveland Chicago, IL 60610 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hawkins, Edward L. 901 N. Trumball Chicago, IL 60651 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Haynes, Jason 9768 S. Ingleside Chicago, IL 60628 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Healey, Eileen P. 8368 S. Ferfoot Chicago, IL 60620 | - | | | | X | X | X | Unknown |

Sheet no. __27__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hedgepeth, Keith A. 3828 W. Taylor St. Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Helm, Henry 4113 W. Galdys Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hernandez, Santos 7404 W. Gregory St. Chicago, IL 60656 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hickombottom, Paul 2117 W. 69 Pl. Chicago, IL 60636 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hiley, Tonetta 1319 S. Kolin Ave. 3rd Fl. Chicago, IL 60623 | - | | | | X | X | X | Unknown |

Sheet no. __28__ of __69__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hinton, Roderick 427 W. 60th St. Chicago, IL 60621 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Holiday Jr., Johnnie L. 8832 S. Racine Chicago, IL 60620 | - | | | | | | | 0.00 |
| Account No. | | | | Claim for overtime wages | | | | |
| Holmes, Gregory c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Horne, Deion 4533 S. Michigan Chicago, IL 60653 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hubbard, Alonzo 4930 W. chicago Chicago, IL 60651 | - | | | | X | X | X | Unknown |

Sheet no. __29__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hughes, Victor 134 S. East La Grange, IL 60525 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Hurd, Richard 7704 S. Avalon Chicago, IL 60619 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages from A Transport Company, Inc. | | | | |
| Ivy, Lawrence 1320 S. Kedvale Chicago, IL 60623 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jackson, Gregory A. 6442 S. King Dr. Apt. 4D Chicago, IL 60637 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Jackson, Maurice c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __30__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jackson, Milton 6631 S. Morgan Chicago, IL 60621 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Jackson, Ronald c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jackson, Ruby 4511 W. Jackson Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jamai, Yaphet 5714 S. Calumet Ave. Chicago, IL 60637 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Johnson, James c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |

Sheet no. __31__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Johnson, Jerome 10124 S. VanVlissinge Chicago, IL 60617 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Johnson, Ronald c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Johnson, Vicent 14445 Vail Dixmoor, IL 60426 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jones Jr., Robert L. 145 N. Mason #G1 Chicago, IL 60644 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jones, Clyde 4142 W. Congress Chicago, IL 60624 | - | | | | X | X | X | Unknown |

Sheet no. __32__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Jones, Clyde c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jones, Eddie 5538 S. Winchester Ave. Chicago, IL 60636 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Jordan, Robert 5023 S. Carpenter Chicago, IL 60609 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Joseph, Eljess c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Kemp, Gwendolyn 1520 W. 77th St. Chicago, IL 60620 | | - | | | X | X | X | Unknown |

Sheet no. __33__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**                                                    ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**King, Levon<br>7020 S. Jeffery<br>Apt. 614<br>Chicago, IL 60649** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Knight, James<br>605 Hoxie Ave.<br>Calumet City, IL 60409** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Knight, Sharon<br>4224 W. Armitage<br>Chicago, IL 60639** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Knox, Arthur<br>c/o Werman Law Office, P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602** | - | | **Claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Larnce, Samuel<br>923 W. Garfield Blvd.<br>Chicago, IL 60621** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |

Sheet no. __34__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Latham, Pharoah 6126 S. Kenwood Chicago, IL 60637 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Laurent, Aaron c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Lawless, Angela 5633 W. Washington Chicago, IL 60612 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Lee, Brian, Sr. c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Leonard, Calvin 7706 S. Loomis Chicago, IL 60620 | | - | | | X | X | X | Unknown |

Sheet no. __35__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lewis, Charles<br>7046 S. Crandon<br>#215<br>Chicago, IL 60649 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Lewis, Ramsey<br>6243 S. Drexel<br>Chicago, IL 60637 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.  xx1009<br><br>Liberty Insurance Group<br>c/o Stein & Rotman<br>105 W. Madison St.<br>Chicago, IL 60602 | | | | Claim for addition premiums after worker;s compensation audit | | | | 1,800.00 |
| Account No.<br><br>Little, Melvin<br>c/o Werman Law Office, P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602 | - | | | Claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Little, Melvin Jr.<br>c/o Werman Law Office, P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602 | - | | | Claim for overtime wages | X | X | X | Unknown |

Sheet no. __36__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                               Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim for overtime wages, 10 L 50745 | | | | |
| Logan, Jr., Jimmie L. c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Looney, Odis c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Mack, Walter Lee 917 W. 77st. Chicago, IL 60620 | | - | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Legal fees | | | | |
| Malkinson & Halpern, P.C. 208 S. LaSalle St. Suite 1750 Chicago, IL 60604 | X | - | | | | | |
| | | | | | | | 17,077.00 |
| Account No. | | | Possible claim for overtime wages | | | | |
| Marks, Marcus 1737 N. Linder Chicago, IL 60639 | | - | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __37__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                 17,077.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**                                             Case No. _____
                                                        ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Martinez, Hiram 2741 W. Larmie Chicago, IL 60639 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Mathis, Marion 8106 S. Oakley Chicago, IL 60620 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Mcbride, Richard 7222 S. Troy Chicago, IL 60629 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| McCune, Ronald 1431 S. Komensky Chicago, IL 60623 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| McDaniel, Cheryl c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __38__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Claim for overtime wages | | | | |
| McGee, Edith c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| McGee, Henry F. 3861 W. Maypole Chicago, IL 60624 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| McKennie, Donell 50 N. Hoyne Chicago, IL 60612 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| McKenzie, Bertell 8830 S. Burley Chicago, IL 60617 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Mcknight, Joseph 5429 S. Calumet Chicago, IL 60609 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __39__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    ,      Case No. _____
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Merchant, Tommie**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | | **Claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Miller, Donell**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | | **Claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Miller, Raymond**<br>**340 S. Lawrence**<br>**Chicago, IL 60644** | - | | | **Possible claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Miller, Robert**<br>**5448 W. LeMoyne St.**<br>**Chicago, IL 60651** | - | | | **Possible claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Minor, Willie**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | | **Claim for overtime wages** | X | X | X | Unknown |

Sheet no. __40__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Mitchell, Charles 4327 W. Wilcox Chicago, IL 60624 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Mitchell, Laroy c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Montgomery, Howard c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Moore, Kenneth c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Moore, Robert c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __41__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Moore, Tammy 3134 W. Marquette Rd. Apt. 1C Chicago, IL 60629 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Morgan, Clifton 7952 S. Avalon Chicago, IL 60619 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Morgan, Garrod 4758 S. Calumet Chicago, IL 60615 | | - | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Morgan, Roy c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Morris, Clarence 8729 S. Priaire Chicago, IL 60619 | | - | | | X | X | X | Unknown |

Sheet no. __42__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**  _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Mosby, Ricky A. 7120 S. Normal Chicago, IL 60621 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Mosley, Al 6005 S. Campbell Chicago, IL 60629 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Muhammad, Wallace 7635 S. Clyde Ave. Chicago, IL 60649 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Mullin, Lawrence 631 S. 21st. Ave. Maywood, IL 60153 | - | | | X | X | X | |
| | | | | | | | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Murphy, David c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | |
| | | | | | | | Unknown |

Sheet no. __43__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Murry, Eugene c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Myles, Ardelia c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Nash, Dwayne 12441 S. Egglestone Chicago, IL 60628 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Neal, Ronald 2543 W. 63rd St. Chicago, IL 60629 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Owens, Carter 1818 S. 5th Ave. Maywood, IL 60153 | - | | | | X | X | X | Unknown |

Sheet no. __44__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __A Transport Company, Inc._____,    Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Pagan, Israel 4742 N. Kedvale Chicago, IL 60630 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Paige, Willie 1507 S. Avers Ave. Chicago, IL 60623 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Palmer, Michael c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Palmer, Vincent c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Pegues, Mario 1436 E. 73rd #2a Chicago, IL 60619 | - | | | | X | X | X | Unknown |

Sheet no. __45__ of __69__ sheets attached to Schedule of          Subtotal          | 0.00 |
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                              ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Perkins, Marcus 2737 S. Ridgeway Richton Park, IL 60471 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Pernell, Kenyatta 3816 Marshall Ct. Bellwood, IL 60104 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Peters, Anthony 414 N. Trumbull Chicago, IL 60624 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Peterson, Victor 2051 W. Fargo Chicago, IL 60645 | | - | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Phillips, Terrence 9211 S. Marshfield Chicago, IL 60620 | | - | | X | X | X | Unknown |

Sheet no. __46__ of __69__ sheets attached to Schedule of                          Subtotal                      | 0.00
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Pierce, Sherrie 5641 S. Hamilton Chicago, IL 60636 | - | | | | X | X | X | Unknown |
| Account No. | | | | Credit card | | | | |
| PNC Bank P.O. Box 856177 Louisville, KY 40285-6177 | - | | | | | | | 5,800.00 |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Popoola, Jacob 7724 S. Vernon Ave. Chicago, IL 60619 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Porter, David M. 733 S. Kolmar Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Powell, John A. 15531 Woodlawn Ave. E South Holland, IL 60473 | - | | | | X | X | X | Unknown |

Sheet no. __47__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,800.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    Case No. _____
                                                            ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Pugh, James (Jimmie) c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Quinones, Michael E. 8500 S. Buffalo Chicago, IL 60617 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Rameriz, Joao 2517 W. Fullerton Chicago, IL 60647 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Ramey, Ralph 1321 S. Heath Chicago, IL 60608 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Ramos, Abraham 4924 W. Drummond Pl. Apt. 2 Chicago, IL 60639 | - | | | | X | X | X | Unknown |

Sheet no. __48__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    , Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Ramsey, Cedric<br>3 East 140th Ct.<br>Riverdale, IL 60827 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Randle, Charles<br>906 N. Drake<br>Chicago, IL 60651 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Randle, George N.<br>402 N. Avers Ave.<br>Chicago, IL 60624 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Ranson, Larry D.<br>427 W. 60th St.<br>Chicago, IL 60621 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Reed, Dashawn<br>11415 S. Lowe Ave.<br>Chicago, IL 60628 | - | | | X | X | X | Unknown |

Sheet no. __49__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Reynolds, Yvette**<br>**c/o Werman Law Office, P.C.**<br>**77 W. Washington St., Suite 1402**<br>**Chicago, IL 60602** | - | | **Claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Richardson, Thomas**<br>**5728 W. Higgins**<br>**Chicago, IL 60630** | - | | **Possible claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Ristick, Michael**<br>**7118 Windsor Ave.**<br>**Berwyn, IL 60402** | - | | **Possible claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Roberson, William**<br>**3731 W. 82nd St.**<br>**Chicago, IL 60652** | - | | **Possible claim for overtime wages** | X | X | X | Unknown |
| Account No.<br><br>**Robert, Cooper**<br>**5716 S. Calumet Ave**<br>**#307**<br>**Chicago, IL 60638** | - | | **Possible claim for overtime wages** | X | X | X | Unknown |

Sheet no. __50__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __A Transport Company, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | | | Possible claim for overtime wages | | | | |
| **Roberts, Phillip** **5142 S. Aberdeen** **Chicago, IL 60609** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Possible claim for overtime wages | | | | |
| **Robins, Mark** **135 S. Central Ave.** **Chicago, IL 60644** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Possible claim for overtime wages | | | | |
| **Rogers, Rodney W.** **1149 N. Lawler** **Chicago, IL 60651** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Possible claim for overtime wages | | | | |
| **Rouse, Mark** **1614 S. 19th Ave.** **Maywood, IL 60153** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Possible claim for overtime wages | | | | |
| **Royal, Dwuan E.** **1901 S. Central St.** **Cicero, IL 60804** | - | | | | X | X | X | |
| | | | | | | | | **Unknown** |

Sheet no. __51__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                          , Case No. _____
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Ruggs, Robert J.<br>420 S. 49th St.<br>Bellwood, IL 60104 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Rutherford, Jasper<br>c/o Werman Law Office, P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602 | - | | | Claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Sanders, Seneca<br>4203 W. Walton<br>Fl 2nd<br>Chicago, IL 60651 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Santana, Benny<br>6417 N. Kedzie<br>Chicago, IL 60659 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Saunders, Tyrone<br>4948 W. Ferdinand<br>Chicago, IL 60644 | - | | | Possible claim for overtime wages | X | X | X | Unknown |

Sheet no. __52__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **A Transport Company, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Scales, Marthea P.O. Box 1523 Robbins, IL 60472 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Schroeder, Thomas c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Scott, David c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Scott, Elaine c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Scott, Ulysees 2800 W. Roosevelt Rd. Chicago, IL 60624 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __53__ of __69__ sheets attached to Schedule of                                Subtotal
Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)                     **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  | - | Possible claim for overtime wages |  |  |  |  |
| Scott, Vermon J. 5131 W. VanBuren Chicago, IL 60644 |  |  |  | X | X | X | Unknown |
| Account No. |  | - | Possible claim for overtime wages |  |  |  |  |
| Shack, Jamel 9415 S. EBerhart Chicago, IL 60619 |  |  |  | X | X | X | Unknown |
| Account No. |  | - | Gas card |  |  |  |  |
| Shell Fleet P.O. Box 183019 Columbus, OH 43218-3019 |  |  |  |  |  |  | 3,300.00 |
| Account No. |  | - | Possible claim for overtime wages |  |  |  |  |
| Silas, Myra 1165 N. Milwaukee Ave. Chicago, IL 60622 |  |  |  | X | X | X | Unknown |
| Account No. |  | - | Possible claim for overtime wages |  |  |  |  |
| Simmons, Gwena 1801 W. Adams Chicago, IL 60612 |  |  |  | X | X | X | Unknown |

Sheet no. __54__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,300.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | Possible claim for overtime wages | | | | |
| Simmons, Will H. 22145 Brookwood Sauk Village, IL | | | | | X | X | X | Unknown |
| Account No. | | | - | Possible claim for overtime wages | | | | |
| Sipp, Matthew 134 E. 119 Pl. 58 Chicago, IL 60628 | | | | | X | X | X | Unknown |
| Account No. | | | - | Claim for overtime wages | | | | |
| Skinner, Robert c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | | | | X | X | X | Unknown |
| Account No. | | | - | Claim for overtime wages | | | | |
| Sloan, Mary c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | | | | X | X | X | Unknown |
| Account No. | X | | - | legal fees | | | | |
| Smith Amundsen 150 N. Michigan Avenue Suite 3300 Chicago, IL 60601 | | | | | | | | 52,931.00 |

Sheet no.  **55**  of  **69**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 52,931.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Smith, Christopher L.**<br>**3447 W. Madison**<br>**Chicago, IL 60624** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Smith, Nathaniel C.**<br>**2637 W. Warren Blvd.**<br>**Chicago, IL 60612** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Smith, Roman**<br>**4527 Lincoln Blvd.**<br>**Richton Park, IL 60471** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Sneed, Lonia M.**<br>**5309 W. Chicago Ave.**<br>**Chicago, IL 60651** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Spates, Tomppy R.**<br>**721 Littleson Tr.**<br>**Elgin, IL 60120** | - | | | **Possible claim for overtime wages** | X | X | X | **Unknown** |

Sheet no. __56__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Stephenson, Devett J. 7143 S. Harvard Chicago, IL 60621 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Stevens, Tanita c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Stokes, Bobby C. 616 N. Monticello Chicago, IL 60624 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Stokes, Timothy c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Stone, Dion 912 N. Lawrence Chicago, IL 60651 | - | | | | X | X | X | Unknown |

Sheet no. __57__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Talbert, Poellance<br>5436 S. Woods<br>Chicago, IL 60609 | - | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Tallant, Thomas<br>9465 S. 85th Court<br>Apt. 2W<br>Hickory Hills, IL 60457 | - | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Tate, David O.<br>108 W. 107th St.<br>Chicago, IL 60628 | - | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Tatum, Alvert<br>1126 W. 105th<br>Chicago, IL 60643 | - | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.<br><br>Taylor, John<br>c/o Werman Law Office, P.C.<br>77 W. Washington St., Suite 1402<br>Chicago, IL 60602 | - | | Claim for overtime wages | X | X | X | Unknown |

Sheet no. __58__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.** _____,  Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible claim for overtime wages | | | | |
| Taylor, Walter 7019 S. Artesian Chicago, IL 60626 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Teamer, Gregory 1458 S. Canal St. Chicago, IL 60607 | - | | | X | X | X | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Thomas, Devin c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | Unknown |
| Account No. | | | Possible claim for overtime wages | | | | |
| Thomas, Steve 12311 S. state Chicago, IL 60628 | - | | | X | X | X | Unknown |
| Account No. | | | Claim for overtime wages | | | | |
| Thompson, Ivan c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | X | X | X | Unknown |

Sheet no. __59__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** ,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Thompson, Kirby c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Toney, Donald 12320 S. Carpenter Calumet Park, IL 60827 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Townsend Jr., Herman A. 5202 W. Quincy Chicago, IL 60644 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Tyler, Michael c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Tyson, Cecil c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |

Sheet no. __60__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A Transport Company, Inc.**                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**U.S. Bank<br>P.O. Box 790408<br>Saint Louis, MO 63179** | - | | **Credit Card** | | | | **11,300.00** |
| Account No.<br><br>**Underwood, Isaiah<br>3550 W. 15th St.<br>Chicago, IL 60623** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Vanlandingham, James<br>1105 N. Leclaire<br>Chicago, IL 60651** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Walker, Eldridge<br>2808 Dartmorth Ln.<br>Olympia Fields, IL 60461** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |
| Account No.<br><br>**Walter, Benjamin<br>3311 S. Calumet<br>Chicago, IL 60616** | - | | **Possible claim for overtime wages** | X | X | X | **Unknown** |

Sheet no. __61__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                                  ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Walters, Julius M. 9020 S. Bishop Chicago, IL 60620 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Wandland, Michael 10938 S. Wabash Chicago, IL 60628 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Washington, Bobby 1822 S. Troy Chicago, IL 60623 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Washington, Eugene 1225 S. Independence Chicago, IL 60623 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Washington, Gerard c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no.  __62__  of  __69__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Washington, Larry 4337 W. 17th St. Chicago, IL 60623 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Washington, Lashell 1420 W. 82nd St. Chicago, IL 60620 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Watson, Maurice c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Weatherspoon, Levil V. 410 11th Ave. Apt. 2 Maywood, IL 60153 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Weeks, Charles c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __63__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.** _____,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit Card | | | | |
| Wells Fargo P.O. Box 54349 Los Angeles, CA 90054-0349 | - | | | | | | | 15,100.00 |
| Account No. | | | | 09 C 2551 | | | | |
| Werman, Douglas 77 West Washington Street Suite 1402 Chicago, IL 60602 | - | | | | | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| West Jr., Archie 7741 Dobson Unit A Chicago, IL 60619 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| West, J C 6933 S. Stewart Chicago, IL 60621 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Westbrook, Bryant 604 N. Springfield Chicago, IL 60624 | - | | | | X | X | X | Unknown |

Sheet no. __64__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         15,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                    ,        Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Westbrooks, Rochelle 8427 S. Luella Ave. Chicago, IL 60617 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| White, Corbitt H. 6825 S. Pulaski Chicago, IL 60629 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Wilkerson, Eric 5529 S. Ada St. Apt. 1 Chicago, IL 60636 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Wilkerson, Lawrence c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Williams, Bonnie c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __65__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                                                Williams, Charles c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | Claim for overtime wages | X | X | X | Unknown |
| Account No.                                                                Williams, Edward 4219 W. Adams 1st Fl. Chicago, IL 60624 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.                                                                Williams, Frederick 806 S. 13th Ave. Maywood, IL 60153 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.                                                                Williams, Kelvin A. 7332 S. Harvard Chicago, IL 60621 | - | | | Possible claim for overtime wages | X | X | X | Unknown |
| Account No.                                                                Williams, Michael 4613 1/2 S. Drexel Chicago, IL 60653 | - | | | Possible claim for overtime wages | X | X | X | Unknown |

Sheet no. __66__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **A Transport Company, Inc.**                                    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Claim for overtime wages | | | | |
| Williams, Teresa Allen c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Williamson, Ardry P.O. Box 1274 Chicago, IL 60690-1274 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Wilson, Gregory 1238 S. Lawndale Chicago, IL 60623 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Wilson, Kenneth 7001 S. Throop IL 60635 | | - | | | X | X | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Wilson, Kevin c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | | - | | | X | X | X | |
| | | | | | | | | Unknown |

Sheet no. __67__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                           ,     Case No. _____
                                                                                 
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Wilson, Mitchell 8237 S. Loomis Chicago, IL 60620 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Winfield Jr., Ronald 5081 W. Gladys Ave. Apt. E Chicago, IL 60644 | - | | | | X | X | X | Unknown |
| Account No. | | | | Possible claim for overtime wages | | | | |
| Winters, Carl B. 5417 W. Gladys Chicago, IL 60644 | - | | | | X | X | X | Unknown |
| Account No. | | | | Claim for overtime wages | | | | |
| Woods, Gregory c/o Werman Law Office, P.C. 77 W. Washington St., Suite 1402 Chicago, IL 60602 | - | | | | X | X | X | Unknown |
| Account No. | | | | Loans for business expenses | | | | |
| Wos, Doreen and Stanley 1335 Medinah Dr. Itasca, IL 60143 | - | | | | | | | 18,000.00 |

Sheet no. __68__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **18,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A Transport Company, Inc.**                                              ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Loan for business** | | | | |
| **Wos, Eric** **1335 Medinah Dr.** **Itasca, IL 60143** | | - | | | | | |
| | | | | | | | **7,000.00** |
| Account No. | | | **Loan to business** | | | | |
| **Wos, Kristina** **1335 Medinah Dr.** **Itasca, IL 60143** | | - | | | | | |
| | | | | | | | **8,000.00** |
| Account No. | | | **Possible claim for overtime wages** | | | | |
| **Young, Larry** **6751 S. Ada** **Chicago, IL 60636** | | - | | X | X | X | |
| | | | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __69__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **15,000.00** |
| Total (Report on Summary of Schedules) | | **306,830.46** |

B6G (Official Form 6G) (12/07)

In re    **A Transport Company, Inc.**                                                    ,    Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **A Transport Company, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GW Jones**<br>**115 Main Street**<br>**Marcellus, MI 49067** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GE Capital**<br>**P.O. Box 822108**<br>**Philadelphia, PA 19182-2108** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Capital One**<br>**P.O. Box 54529**<br>**Oklahoma City, OK 73154** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Malkinson & Halpern, P.C.**<br>**208 S. LaSalle St.**<br>**Suite 1750**<br>**Chicago, IL 60604** |
| **Doreen Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **Smith Amundsen**<br>**150 N. Michigan Avenue**<br>**Suite 3300**<br>**Chicago, IL 60601** |

**1**
____ continuation sheets attached to Schedule of Codebtors

Best Case Bankruptcy

In re    **A Transport Company, Inc.**                                             ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Stanley Wos**<br>**1335 Medinah Drive**<br>**Itasca, IL 60143** | **GW Jones**<br>**115 Main Street**<br>**Marcellus, MI 49067** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re __A Transport Company, Inc.__

Debtor(s)

Case No. _____

Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___84___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __December 28, 2010__

Signature    __/s/ Doreen Wos__

**Doreen Wos**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **A Transport Company, Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$335,000.00** | **2010 YTD: Business Income** |
| **$1,934,689.00** | **2009: Business Income** |
| **$2,343,487.00** | **2008: Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

### 3. Payments to creditors

None ■    *Complete a. or b., as appropriate, and c.*

    a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None □    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | **10/11/20; 11/11/10 and 12/11/10** | **$4,053.39** | **$21,560.55** |
| **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | **10/1/10; 11/1/10 and 12/1/10** | **$3,792.15** | **$12,416.99** |
| **Itasca Bank & Trust Co**<br>**308 W. Irving Park Rd.**<br>**Itasca, IL 60143** | **10/25/10** | **$243.75** | **$65,000.00** |

None □    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Wos, Eric**<br>**1335 Medinah Dr.**<br>**Itasca, IL 60143**<br>   **relative of shareholder** | **2/26/10 and 3/26/10** | **$3,000.00** | **$7,000.00** |
| **Wos, Kristina**<br>**1335 Medinah Dr.**<br>**Itasca, IL 60143**<br>   **relative of shareholder** | **4/1/10** | **$2,000.00** | **$8,000.00** |
| **Bloomingdale Enterprises**<br>**6N509 Virginia Road**<br>**Roselle, IL 60172**<br>   **owned by shareholder** | **3/15/10 and 3/25/10** | **$3,905.00** | **$0.00** |

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Roy Morgan et. al. v. A Transport Company, Inc. et. al.; case no. 09 C 2551** | **Claim for wages** | **Unites States District Court for the Northern District of Illinois** | **Pending** |
| **Richard Black v. A Transport Company, Inc.; case no. 09 CV 2780** | **Discrimination claim** | **United States District Court for the Northern District of Illinois** | **Dismissed** |
| **Stephan Dennis v. A Transport Company, Inc.; case no. 09 WC 037468** | **Workman;s compensation claim** | **IWCC, Chicago, Illinois** | **Pending** |
| **Jimmie L. Logan v. Illinois Depsrtment of Employment Security, et. al.; case no. 10 L 50745** | **Unemployment compensation** | **Circuit Court of Cook County, Illinois** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **David E. Cohen, P.C.**<br>**55 West Monroe Street**<br>**Suite 600**<br>**Chicago, IL 60603** | **12/6/2010** | **$2,299.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Checking account ending in 6496** | **900.00, closed 7/6/2010** |
| **Chase Bank** | **Savings account ending in 5946** | **$100.00, closed 7/6/2010** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | | ADDRESS |
|---|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                         DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED
**Itasca Bank & Trust Co**                                   **Unknown**
**308 W. Irving Park Rd.**
**Itasca, IL 60143**

---

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                         NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                          RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                         NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Wos, Doreen**<br>**1335 Medinah Dr.**<br>**Itasca, IL 60143** | **President** | **100% shareholder** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **December 28, 2010**          Signature   **/s/ Doreen Wos**
                                                   **Doreen Wos**
                                                   **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re   **A Transport Company, Inc.** _____   Case No. _____
                                    Debtor(s)              Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,299.00** |
| Prior to the filing of this statement I have received | $ | **2,299.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **December 28, 2010** _____          **/s/ David E. Cohen** _____
                                                      **David E. Cohen 6192149**
                                                      **David E. Cohen, P.C.**
                                                      **55 West Monroe Street**
                                                      **Suite 600**
                                                      **Chicago, IL 60603**
                                                      **(312) 606-3451   Fax: (312) 606-0117**
                                                      **DavidECohen@lawcohen.com**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re __A Transport Company, Inc._____

Case No. _____

Debtor(s)

Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __354__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    __December 28, 2010_____        __/s/ Doreen Wos_____
                                             __Doreen Wos__/__President__
                                             Signer/Title

.

A Car Lot
25W261 Lake St.
Roselle, IL 60172


Abdu-Raheem, Sharif
394 Madison Avenue
Calumet City, IL 60409


Advanta
P.O. Box 5657
Hicksville, NY 11802


Alexander, Melvin
3757 S. Wabash Ave,
Chicago, IL 60653


Allen, Jeffrey
165 N. Central
Apt. 3
Chicago, IL 60644


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


Anderson, Clarence G.
5640 Saint James Ct.
Apt. 200
Oak Lawn, IL 60453


Anderson, Rachide
1951 N. Humboldt
Chicago, IL 60647


Andrews, Craig
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Applewhite, Lonnie
9336 S. Laflin
Chicago, IL 60628

Ashford, Willie
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


AT&T
P.O. Box 8105
Aurora, IL 60507


Baines, Christine
8432 S. King Dr.
Chicago, IL 60619


Bank of America
P.O. Box 15710
Wilmington, DE 19886


Bealom, Sharon D.
724 E. 89th
Apt. 1B
Chicago, IL 60619


Bell, Marcus
8641 S. Bennett
Chicago, IL 60617


Benson, Revear
236 W. 57th St.
Apt. 2
Chicago, IL 60621


Bess, Andre O.
105 S. Ashland Ave.
Chicago, IL 60607


Billups, Brian
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Black, Richard
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Blake, Hershel
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Blissit, Lavell
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Blount, Andre D.
9938 S. Wentworth
Chicago, IL 60628


Bobo, Maurice
2049 W. Jarvis
Chicago, IL 60645


Bochenko, Mary
1335 Medinah Dr.
Itasca, IL 60143


Borges, William
4825 W. Strong
Chicago, IL 60630


Bradshaw, George
2154 W. Randolph
Chicago, IL 60612


Bravo, Jose
2326 N. McVicker Ave
Chicago, IL 60639


Brooks, Oliver
11527 S. Perry
Chicago, IL 60628


Brown, Harold
5759 S. Bishop
Chicago, IL 60636

Brown, Larry
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Brown, Tony
4206 W. Jackson
Chicago, IL 60624


Brown, Willie
6030 S. Hermitage St.
Chicago, IL 60636


Brunson, Jason
7375 N. Winchester
Chicago, IL 60626


Buchanan, Curtis
613 N. Wells
Chicago, IL 60610


Buckhanan, Maurice
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Buckner, Donnie
5621 S. Ashland
Chicago, IL 60636


Bunch, Leonard
9230 S. Luella
Chicago, IL 60617


Burns, Ulyesee
1435 W. Marquette Rd.
Chicago, IL 60636


Bush, William
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Butler, Lawrence
2514 Grove Street
Blue Island, IL 60406


Calvin, Mark
8820 Cherry Ave.
River Grove, IL 60171


Cannon, Romel
714 E. 82nd St.
Apt. 3A
Chicago, IL 60619


Capital One
P.O. Box 54529
Oklahoma City, OK 73154


Carillo, Mark
3633 N. Nicholas Ave.
Franklin Park, IL 60131


Carter, Larry Jr.
7032 S. Paxton
Apt. 1B
Chicago, IL 60649


Carter, Michelle
136 S. 10th Ave.
Maywood, IL 60153


Cash, Jerry
445 E. Ohio
Apt. 1008
Chicago, IL 60611


Cathey, Roosevelt
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Champion, Lovell
9324 S. Cornell
Chicago, IL 60617

Chase
P.O. Box 15153
Wilmington, DE 19850


Childress, Marlon
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Clark, Lardell
301 W. 67th Street
213
Chicago, IL 60621


Clark, Sean
1856 S. Loomis
Chicago, IL 60608


Clegg, Anthony
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Cobb, Dejuan
50 E. 26th St.
Apt. 413
Chicago, IL 60616


Cole, Terrill
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Cole, Toney
4441 W. Iowa
Chicago, IL 60651


Coleman, Robert
1428 Diamond Key
Stone Mountain, GA 30088


Coleman, William
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Coleman, Wilson
46 E. 110th Place
Chicago, IL 60628

Conley, Leonard
7042 S. Praire Ave.
Chicago, IL 60637

Connor, Linda
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Cotton, James
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Crawford, Ira
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Cruz, Roberto
2645 N. Laramie
#3A
Chicago, IL 60639

Cunningham, Mark
3438 W. Franklin
Chicago, IL 60624

Currie, Bill
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Dale, Ollonzo
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Davidson, Chervez
7235 S. Phillips
Chicago, IL 60649

Davis, BRIAN
7703 S. Loomis
Chicago, IL 60620

Davis, Darrell
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Davis, Dorothy
6505 S. Keating
Chicago, IL 60629

Davis, Scott
4720 W. Huron
Chicago, IL 60644

Dean, Virgil
8223 S. Manistee
Chicago, IL 60617

Dellard, Darnell
2223 S. Hamlin
Chicago, IL 60623

Deloporte, Jerry
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Dennis, Derrick T.
7738 S. Indiana
Chicago, IL 60619

Dennis, Fredrick
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Dennis, Stephan P.
195 N. Wood Dale Rd.
Wood Dale, IL 60191

Dockery, Anthony E.
10742 S. Rhodes
Chicago, IL 60628


Donner, Darnell
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Donner-Griffin, Yvonne
8055 S. Damen
Chicago, IL 60620


Donnor, Solomon
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Doreen Wos
1335 Medinah Drive
Itasca, IL 60143


Dorsey, Michael
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Dotson, Michael
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Dunagan, Brenda
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Edinburg, Rodney
920 S. 81st
#2
Chicago, IL 60619


Eillott, Michael
3828 W. Taylor
Chicago, IL 60624

Ellis, LaBree
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Ellison, Alexander Lee
6050 W. Montrose
Chicago, IL 60634


Ellison, Doran
1624 E. 93rd St.
Chicago, IL 60617


Elmore, James
104 S. Austin
Apt. 2C
Oak Park, IL 60304


Enterprise Holdings
600 Corporate Park Drive
Saint Louis, MO 63105


Erby, Priscilla
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Exxon Mobile Fleet Services
P.O. Box 5727
Carol Stream, IL 60197


Ferguson, Andre
4736 W. Gladys Ave.
Chicago, IL 60644


Ferguson, Tracy
3333 W. Maypole
#805
Chicago, IL 60624


Fields, Maurice T.
7474 Tennesse Dr.
Apt. 203
Willowbrook, IL 60527

Fisher, Larry
4281 W. 76th St.
Chicago, IL 60652

Flemister, Alfred
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Fletcher, Dion
6423 S. Greenwood
Chicago, IL 60637

Ford Jr., Sigmond
5604 S. Justine
Chicago, IL 60636

Frazier, LaTaunya
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Frazier, Lee
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Fultz, Paris D.
859 N. Hamlin
Chicago, IL 60651

Gant, Natasha
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Garcia, David
5916 W. Fullerton
Chicago, IL 60639

Garlington, Edward
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Gasca, Arthur
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


GE Capital
P.O. Box 822108
Philadelphia, PA 19182-2108


Gentry, John
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


George, Derrick
609 N. Monticello
Chicago, IL 60624


George, Kenneth
9200 S. Loomis
Chicago, IL 60620


Gibson, Stephanie
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Giles, Trevor
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Gilmer, Anthony
105 S. Ashland Ave.
Chicago, IL 60607


Golden, William
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Goldman, Robert
821 N. Trumbull
Chicago, IL 60651

Gonzalez, Hector
2510 N. Austin
Chicago, IL 60639


Goodioe, Rolanda
1938 N. 13th
Broadview, IL 60155


Graham, Darreo S.
325 E. 90th St.
Chicago, IL 60619


Gray, Arthur
3647 S. King Dr.
Chicago, IL 60653


Grayer, Santana
6236 S. Maplewood
2nd Fl.
Chicago, IL 60629


Green, Sherman
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Grier, Dante A.
9032 S. Racine
Chicago, IL 60620


GW Jones
115 Main Street
Marcellus, MI 49067


Gwin, Alcarchetta
9525 W. Eugenie
Chicago, IL 60614


Gwin, Alcarhetta
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

```
Gwin, Kham
7830 S. Ellis
Apt. 2S
Chicago, IL 60619


Gwin, Levi
6505 S. Keating
Chicago, IL 60629


Hamilton, Kevin
1856 S. Lawndale
Chicago, IL 60623


Hannah, James M.
6536 S. King Dr.
3d
Chicago, IL 60637


Harris, Fred
9026 S. Bishop
Chicago, IL 60620


Harris, John
12117 S. Parnell
Chicago, IL 60628


Harris, Maurice
7322 N. Ridge
Apt. 2W
Chicago, IL 60645


Haskins, Veto
1333 N. Cleveland
Chicago, IL 60610


Hawkins, Edward L.
901 N. Trumball
Chicago, IL 60651


Haynes, Jason
9768 S. Ingleside
Chicago, IL 60628
```

Healey, Eileen P.
8368 S. Ferfoot
Chicago, IL 60620


Hedgepeth, Keith A.
3828 W. Taylor St.
Chicago, IL 60624


Helm, Henry
4113 W. Galdys
Chicago, IL 60624


Hernandez, Santos
7404 W. Gregory St.
Chicago, IL 60656


Hickombottom, Paul
2117 W. 69 Pl.
Chicago, IL 60636


Hiley, Tonetta
1319 S. Kolin Ave.
3rd Fl.
Chicago, IL 60623


Hinton, Roderick
427 W. 60th St.
Chicago, IL 60621


Holiday Jr., Johnnie L.
8832 S. Racine
Chicago, IL 60620


Holmes, Gregory
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Horne, Deion
4533 S. Michigan
Chicago, IL 60653


Hubbard, Alonzo
4930 W. chicago
Chicago, IL 60651

Hughes, Victor
134 S. East
La Grange, IL 60525


Hurd, Richard
7704 S. Avalon
Chicago, IL 60619


Itasca Bank & Trust Co
308 W. Irving Park Rd.
Itasca, IL 60143


Ivy, Lawrence
1320 S. Kedvale
Chicago, IL 60623


Jackson, Gregory A.
6442 S. King Dr.
Apt. 4D
Chicago, IL 60637


Jackson, Maurice
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Jackson, Milton
6631 S. Morgan
Chicago, IL 60621


Jackson, Ronald
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Jackson, Ruby
4511 W. Jackson
Chicago, IL 60624


Jamai, Yaphet
5714 S. Calumet Ave.
Chicago, IL 60637

Johnson, James
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Johnson, Jerome
10124 S. VanVlissinge
Chicago, IL 60617


Johnson, Ronald
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Johnson, Vicent
14445 Vail
Dixmoor, IL 60426


Jones Jr., Robert L.
145 N. Mason
#G1
Chicago, IL 60644


Jones, Clyde
4142 W. Congress
Chicago, IL 60624


Jones, Clyde
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Jones, Eddie
5538 S. Winchester Ave.
Chicago, IL 60636


Jordan, Robert
5023 S. Carpenter
Chicago, IL 60609


Joseph, Eljess
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Kemp, Gwendolyn
1520 W. 77th St.
Chicago, IL 60620


Kentucky Div. of Motor Carriers
Tax Branch
P.O. Box 2007
Frankfort, KY 40603


King, Levon
7020 S. Jeffery
Apt. 614
Chicago, IL 60649


Knight, James
605 Hoxie Ave.
Calumet City, IL 60409


Knight, Sharon
4224 W. Armitage
Chicago, IL 60639


Knox, Arthur
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Larnce, Samuel
923 W. Garfield Blvd.
Chicago, IL 60621


Latham, Pharoah
6126 S. Kenwood
Chicago, IL 60637


Laurent, Aaron
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Lawless, Angela
5633 W. Washington
Chicago, IL 60612

```
Lee, Brian, Sr.
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Leonard, Calvin
7706 S. Loomis
Chicago, IL 60620


Lewis, Charles
7046 S. Crandon
#215
Chicago, IL 60649


Lewis, Ramsey
6243 S. Drexel
Chicago, IL 60637


Liberty Insurance Group
c/o Stein & Rotman
105 W. Madison St.
Chicago, IL 60602


Little, Melvin
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Little, Melvin Jr.
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Logan, Jr., Jimmie L.
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Looney, Odis
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Mack, Walter Lee
917 W. 77st.
Chicago, IL 60620
```

Malkinson & Halpern, P.C.
208 S. LaSalle St.
Suite 1750
Chicago, IL 60604


Marks, Marcus
1737 N. Linder
Chicago, IL 60639


Martinez, Hiram
2741 W. Larmie
Chicago, IL 60639


Mathis, Marion
8106 S. Oakley
Chicago, IL 60620


Mcbride, Richard
7222 S. Troy
Chicago, IL 60629


McCune, Ronald
1431 S. Komensky
Chicago, IL 60623


McDaniel, Cheryl
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


McGee, Edith
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


McGee, Henry F.
3861 W. Maypole
Chicago, IL 60624


McKennie, Donell
50 N. Hoyne
Chicago, IL 60612

McKenzie, Bertell
8830 S. Burley
Chicago, IL 60617


Mcknight, Joseph
5429 S. Calumet
Chicago, IL 60609


Merchant, Tommie
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Miller, Donell
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Miller, Raymond
340 S. Lawrence
Chicago, IL 60644


Miller, Robert
5448 W. LeMoyne St.
Chicago, IL 60651


Minor, Willie
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Mitchell, Charles
4327 W. Wilcox
Chicago, IL 60624


Mitchell, Laroy
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Montgomery, Howard
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Moore, Kenneth
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Moore, Robert
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Moore, Tammy
3134 W. Marquette Rd.
Apt. 1C
Chicago, IL 60629


Morgan, Clifton
7952 S. Avalon
Chicago, IL 60619


Morgan, Garrod
4758 S. Calumet
Chicago, IL 60615


Morgan, Roy
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Morris, Clarence
8729 S. Priaire
Chicago, IL 60619


Mosby, Ricky A.
7120 S. Normal
Chicago, IL 60621


Mosley, Al
6005 S. Campbell
Chicago, IL 60629


Muhammad, Wallace
7635 S. Clyde Ave.
Chicago, IL 60649

Mullin, Lawrence
631 S. 21st. Ave.
Maywood, IL 60153

Murphy, David
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Murry, Eugene
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Myles, Ardelia
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Nash, Dwayne
12441 S. Egglestone
Chicago, IL 60628

Neal, Ronald
2543 W. 63rd St.
Chicago, IL 60629

Owens, Carter
1818 S. 5th Ave.
Maywood, IL 60153

Pagan, Israel
4742 N. Kedvale
Chicago, IL 60630

Paige, Willie
1507 S. Avers Ave.
Chicago, IL 60623

Palmer, Michael
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Palmer, Vincent
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Pegues, Mario
1436 E. 73rd
#2a
Chicago, IL 60619


Penn Credit
916 S. 14th St.
P.O. Box 988
Harrisburg, PA 17108


Perkins, Marcus
2737 S. Ridgeway
Richton Park, IL 60471


Pernell, Kenyatta
3816 Marshall Ct.
Bellwood, IL 60104


Peters, Anthony
414 N. Trumbull
Chicago, IL 60624


Peterson, Victor
2051 W. Fargo
Chicago, IL 60645


Phillips, Terrence
9211 S. Marshfield
Chicago, IL 60620


Pierce, Sherrie
5641 S. Hamilton
Chicago, IL 60636


PNC Bank
P.O. Box 856177
Louisville, KY 40285-6177

Popoola, Jacob
7724 S. Vernon Ave.
Chicago, IL 60619


Porter, David M.
733 S. Kolmar
Chicago, IL 60624


Powell, John A.
15531 Woodlawn Ave. E
South Holland, IL 60473


Pugh, James (Jimmie)
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Quinones, Michael E.
8500 S. Buffalo
Chicago, IL 60617


Rameriz, Joao
2517 W. Fullerton
Chicago, IL 60647


Ramey, Ralph
1321 S. Heath
Chicago, IL 60608


Ramos, Abraham
4924 W. Drummond Pl.
Apt. 2
Chicago, IL 60639


Ramsey, Cedric
3 East 140th Ct.
Riverdale, IL 60827


Randle, Charles
906 N. Drake
Chicago, IL 60651


Randle, George N.
402 N. Avers Ave.
Chicago, IL 60624

Ranson, Larry D.
427 W. 60th St.
Chicago, IL 60621


Reed, Dashawn
11415 S. Lowe Ave.
Chicago, IL 60628


Reynolds, Yvette
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Richardson, Thomas
5728 W. Higgins
Chicago, IL 60630


Ristick, Michael
7118 Windsor Ave.
Berwyn, IL 60402


Roberson, William
3731 W. 82nd St.
Chicago, IL 60652


Robert, Cooper
5716 S. Calumet Ave
#307
Chicago, IL 60638


Roberts, Phillip
5142 S. Aberdeen
Chicago, IL 60609


Robins, Mark
135 S. Central Ave.
Chicago, IL 60644


Rogers, Rodney W.
1149 N. Lawler
Chicago, IL 60651


Rouse, Mark
1614 S. 19th Ave.
Maywood, IL 60153

Royal, Dwuan E.
1901 S. Central St.
Cicero, IL 60804


Ruggs, Robert J.
420 S. 49th St.
Bellwood, IL 60104


Rutherford, Jasper
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Sanders, Seneca
4203 W. Walton
Fl 2nd
Chicago, IL 60651


Santana, Benny
6417 N. Kedzie
Chicago, IL 60659


Saunders, Tyrone
4948 W. Ferdinand
Chicago, IL 60644


Scales, Marthea
P.O. Box 1523
Robbins, IL 60472


Schroeder, Thomas
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Scott, David
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Scott, Elaine
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Scott, Ulysees
2800 W. Roosevelt Rd.
Chicago, IL 60624


Scott, Vermon J.
5131 W. VanBuren
Chicago, IL 60644


Shack, Jamel
9415 S. EBerhart
Chicago, IL 60619


Shell Fleet
P.O. Box 183019
Columbus, OH 43218-3019


Silas, Myra
1165 N. Milwaukee Ave.
Chicago, IL 60622


Simmons, Gwena
1801 W. Adams
Chicago, IL 60612


Simmons, Will H.
22145 Brookwood
Sauk Village, IL


Sipp, Matthew
134 E. 119 Pl.
58
Chicago, IL 60628


Skinner, Robert
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Sloan, Mary
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Smith Amundsen
150 N. Michigan Avenue
Suite 3300
Chicago, IL 60601


Smith, Christopher L.
3447 W. Madison
Chicago, IL 60624


Smith, Nathaniel C.
2637 W. Warren Blvd.
Chicago, IL 60612


Smith, Roman
4527 Lincoln Blvd.
Richton Park, IL 60471


Sneed, Lonia M.
5309 W. Chicago Ave.
Chicago, IL 60651


Spates, Tomppy R.
721 Littleson Tr.
Elgin, IL 60120


Stanley Wos
1335 Medinah Drive
Itasca, IL 60143


Stephenson, Devett J.
7143 S. Harvard
Chicago, IL 60621


Stevens, Tanita
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Stokes, Bobby C.
616 N. Monticello
Chicago, IL 60624

Stokes, Timothy
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Stone, Dion
912 N. Lawrence
Chicago, IL 60651


Talbert, Poellance
5436 S. Woods
Chicago, IL 60609


Tallant, Thomas
9465 S. 85th Court
Apt. 2W
Hickory Hills, IL 60457


Tate, David O.
108 W. 107th St.
Chicago, IL 60628


Tatum, Alvert
1126 W. 105th
Chicago, IL 60643


Taylor, John
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Taylor, Walter
7019 S. Artesian
Chicago, IL 60626


Teamer, Gregory
1458 S. Canal St.
Chicago, IL 60607


Thomas, Devin
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602

Thomas, Steve
12311 S. state
Chicago, IL 60628


Thompson, Ivan
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Thompson, Kirby
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Toney, Donald
12320 S. Carpenter
Calumet Park, IL 60827


Townsend Jr., Herman A.
5202 W. Quincy
Chicago, IL 60644


Tyler, Michael
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Tyson, Cecil
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


U.S. Bank
P.O. Box 790408
Saint Louis, MO 63179


Underwood, Isaiah
3550 W. 15th St.
Chicago, IL 60623


Vanlandingham, James
1105 N. Leclaire
Chicago, IL 60651

Village of Alsip
Photo Enforcement
4500 W. 123rd St.
Alsip, IL 60803


Walker, Eldridge
2808 Dartmorth Ln.
Olympia Fields, IL 60461


Walter, Benjamin
3311 S. Calumet
Chicago, IL 60616


Walters, Julius M.
9020 S. Bishop
Chicago, IL 60620


Wandland, Michael
10938 S. Wabash
Chicago, IL 60628


Washington, Bobby
1822 S. Troy
Chicago, IL 60623


Washington, Eugene
1225 S. Independence
Chicago, IL 60623


Washington, Gerard
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Washington, Larry
4337 W. 17th St.
Chicago, IL 60623


Washington, Lashell
1420 W. 82nd St.
Chicago, IL 60620

Watson, Maurice
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Weatherspoon, Levil V.
410 11th Ave.
Apt. 2
Maywood, IL 60153


Weeks, Charles
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Wells Fargo
P.O. Box 54349
Los Angeles, CA 90054-0349


Werman, Douglas
77 West Washington Street
Suite 1402
Chicago, IL 60602


West Jr., Archie
7741 Dobson
Unit A
Chicago, IL 60619


West, J C
6933 S. Stewart
Chicago, IL 60621


Westbrook, Bryant
604 N. Springfield
Chicago, IL 60624


Westbrooks, Rochelle
8427 S. Luella Ave.
Chicago, IL 60617


White, Corbitt H.
6825 S. Pulaski
Chicago, IL 60629

Wilkerson, Eric
5529 S. Ada St.
Apt. 1
Chicago, IL 60636


Wilkerson, Lawrence
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Williams, Bonnie
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Williams, Charles
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Williams, Edward
4219 W. Adams
1st Fl.
Chicago, IL 60624


Williams, Frederick
806 S. 13th Ave.
Maywood, IL 60153


Williams, Kelvin A.
7332 S. Harvard
Chicago, IL 60621


Williams, Michael
4613 1/2 S. Drexel
Chicago, IL 60653


Williams, Teresa Allen
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Williamson, Ardry
P.O. Box 1274
Chicago, IL 60690-1274

Wilson, Gregory
1238 S. Lawndale
Chicago, IL 60623


Wilson, Kenneth
7001 S. Throop
IL 60635


Wilson, Kevin
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Wilson, Mitchell
8237 S. Loomis
Chicago, IL 60620


Winfield Jr., Ronald
5081 W. Gladys Ave.
Apt. E
Chicago, IL 60644


Winters, Carl B.
5417 W. Gladys
Chicago, IL 60644


Woods, Gregory
c/o Werman Law Office, P.C.
77 W. Washington St., Suite 1402
Chicago, IL 60602


Wos, Doreen and Stanley
1335 Medinah Dr.
Itasca, IL 60143


Wos, Eric
1335 Medinah Dr.
Itasca, IL 60143


Wos, Kristina
1335 Medinah Dr.
Itasca, IL 60143

Young, Larry
6751 S. Ada
Chicago, IL 60636

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A Transport Company, Inc.**                                    Case No. _____

                                    Debtor(s)                    Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **A Transport Company, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Wos, Doreen**
**1335 Medinah Dr.**
**Itasca, IL 60143**

☐ None [*Check if applicable*]

**December 28, 2010**                               **/s/ David E. Cohen**

Date                                               **David E. Cohen 6192149**
                                                   Signature of Attorney or Litigant
                                                   Counsel for   **A Transport Company, Inc.**
                                                   **David E. Cohen, P.C.**
                                                   **55 West Monroe Street**
                                                   **Suite 600**
                                                   **Chicago, IL 60603**
                                                   **(312) 606-3451 Fax:(312) 606-0117**
                                                   **DavidECohen@lawcohen.com**